IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS JOHN WUNDER,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-591-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing petitioner Thomas John Wunder's petition for a writ of habeas corpus for petitioner's failure to exhaust his administrative remedies.

_____
Peter Oppeneer, Clerk of Court

NOV 1 7 2009
_____
Date